## Commonwealth ex rel. Nichols, Appellant, *v.* Lederer.

Argued April 27, 1961. Before JONES, C. J., BELL, MUSMANNO, JONES, COHEN, BOK and EAGEN, JJ.

*Samuel Dash,* for appellant.

*Arlen Specter,* Assistant District Attorney, with him *Charles L. Durham* and *Thomas M. Reed,* Assistant

District Attorneys, *Paul M. Chalfin,* First Assistant District Attorney, and *James M. Crumlish, Jr.,* District Attorney, for appellee.

OPINION PER CURIAM, June 26, 1961:

The order of the Superior Court is affirmed on the opinion of Judge MONTGOMERY, reported at 193 Pa. Superior Ct. 482, 165 A. 2d 711 (1960).

Mr. Justice MUSMANNO dissents.